SCOTT A. LOVELACE,
*Petitioner,*

*v.*

BOARD OF PAROLE AND
POST-PRISON SUPERVISION,
*Respondent.*

A109610

51 P3d 1274

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Judy C. Lucas, Assistant Attorney General, for the motion.

Scott A. Lovelace, *pro se, contra.*

Before Brewer, Presiding Judge, and Wollheim and Kistler, Judges.

PER CURIAM

Motion to dismiss denied. *Lovelace v. Board of Parole (A109609)*, 183 Or App 283, 51 P3d 1269 (2002).